| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter __7__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GFI Chicago, Inc. f/k/a Great Flooring, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1221938** |
| 4. | **Debtor's address** | **Principal place of business**  **1010 Hastings Street**  **Park Ridge, IL 60068**  Number, Street, City, State & ZIP Code  **Cook**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **GFI Chicago, Inc. f/k/a Great Flooring, Inc.**      Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor  **GFI Chicago, Inc. f/k/a Great Flooring, Inc.**   Case number (*if known*) _____
_____Name_____

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **GFI Chicago, Inc. f/k/a Great Flooring, Inc.** _____ Case number (*if known*) _____
     Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2017**
               MM / DD / YYYY

**X**    **/s/ William Harrington**                 **William Harrington**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X**    **/s/ Abraham Brustein**             Date   **December 19, 2017**
Signature of attorney for debtor                      MM / DD / YYYY

**Abraham Brustein 0327662**
Printed name

**DiMonte and Lizak, LLC**
Firm name

**216 Higgins Road**
**Park Ridge, IL 60068**
Number, Street, City, State & ZIP Code

Contact phone   **(847) 698-9600**     Email address   **abrustein@dimontelaw.com**

**0327662**
Bar number and State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 4

Debtor  GFI Chicago, Inc. f/k/a Great Flooring, Inc.  Case number (if known)
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2017
              MM / DD / YYYY

X _/s/ William Harrington_
Signature of authorized representative of debtor

William Harrington
Printed name

Title   President

**18. Signature of attorney**

X _/s/ Abraham Brustein_
Signature of attorney for debtor

Date   December 19, 2017
       MM / DD / YYYY

Abraham Brustein 0327662
Printed name

DiMonte and Lizak, LLC
Firm name

216 Higgins Road
Park Ridge, IL 60068
Number, Street, City, State & ZIP Code

Contact phone  (847) 698-9600    Email address  abrustein@dimontelaw.com

0327662
Bar number and State

## Directors Action Authorizing Filing of Chapter 7 Bankruptcy Petition

William Harrington, being the sole director of GFI Chicago, Inc., an Illinois corporation ("Corporation"), adopts the following resolution and action:

Whereas, the Corporation has ceased business operations and does not have sufficient assets or resources to pay in full all claims that have been asserted against it;

Whereas, the Corporation has been made a defendant in several lawsuits filed in 2017; and

Whereas, William Harrington has consulted with attorneys concerning how the corporation should proceed.

Resolved, the Corporation is authorized to file a Chapter 7 bankruptcy petition. Its officers are authorized to take such action as may be necessary to prepare the petition and related court filings and fulfill the duties of a debtor in a Chapter 7 bankruptcy case. The officers are authorized to retain attorneys to represent the Corporation in its bankruptcy case.

Further resolved, all actions taken by the officers in connection with preparing for the filing of a Chapter 7 bankruptcy petition prior to the date of this instrument are hereby ratified as the authorized and lawful acts of the Corporation.

By: _____
William Harrington, Sole Director

Date: December 19, 2017

# United States Bankruptcy Court
## Northern District of Illinois

In re: **GFI Chicago, Inc. f/k/a Great Flooring, Inc.**  Case No. _____
Debtor(s)   Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **18**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 19, 2017**    **/s/ William Harrington**
**William Harrington**/**President**
Signer/Title

# United States Bankruptcy Court
### Northern District of Illinois

In re: GFI Chicago, Inc. f/k/a Great Flooring, Inc.
Debtor(s)

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 18

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: December 19, 2017

William Harrington/President
Signer/Title

.

American Orlean Midwest, LLC
805 Mark Street
Elk Grove Village, IL 60007


Bill's Carpet Service
  401 Busse Rd
Elk Grove Village, IL 60007


Carpet Cushions and Supplies
1520 Pratt Blvd
Elk Grove Village, IL 60007


David Kodner
506 West Oakdale Avenue, Unit 4
Chicago, IL 60647


E.J. Welch Company
2601 Lively Blvd
Elk Grove Village, IL 60007


Edmond Burke
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, IL 60606


Figliulo & Silverman, P.C.
Thomas D. Warman
10 S. LaSalle Strete, Suite 3600
Chicago, IL 60603


Hepler Broom
30 N. LaSalle, Suite 2900
Chicago, IL 60602


IL Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794

```
Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7317


John Pembroke
422 N. Northwest Highway, Suite 150
Park Ridge, IL 60068


Kevin E. Posen
Teller, Levit, & Silvertrust, P.C.
19 South LaSalle Street, Suite 701
Chicago, IL 60603


Moskovic & Associates
Alex Moskovic
3233 N. Arlington Heights Rd, #303
Arlington Heights, IL 60004


Nigro, Westfall & Gryska, PC
Mark E. Gryska
1793 Bloomingdale Road
Glendale Heights, IL 60139


PCI Flortech, Inc.
910 W. National Avenue
Addison, IL 60101


Stein & Rotman
Stuart J. Stein
77 W. Washington Street, Suite 1105
Chicago, IL 60602


Village Bank & Trust
234 W. Northwest Highway
Arlington Heights, IL 60004
```

# United States Bankruptcy Court
### Northern District of Illinois

In re  **GFI Chicago, Inc. f/k/a Great Flooring, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **GFI Chicago, Inc. f/k/a Great Flooring, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**William Harrington**
**1010 Hastings Street**
**Park Ridge, IL 60068**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 19, 2017** | **/s/ Abraham Brustein** |
| Date | **Abraham Brustein 0327662** |
| | Signature of Attorney or Litigant |
| | Counsel for  **GFI Chicago, Inc. f/k/a Great Flooring, Inc.** |
| | **DiMonte and Lizak, LLC** |
| | **216 Higgins Road** |
| | **Park Ridge, IL 60068** |
| | **(847) 698-9600 Fax:(847) 698-9623** |
| | **abrustein@dimontelaw.com** |

# United States Bankruptcy Court
## Northern District of Illinois

In re: GFI Chicago, Inc. f/k/a Great Flooring, Inc.
Debtor(s)

Case No.
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for GFI Chicago, Inc. f/k/a Great Flooring, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

William Harrington
1010 Hastings Street
Park Ridge, IL 60068

☐ None [*Check if applicable*]

December 19, 2017
Date

*/s/ Abraham Brustein*
Abraham Brustein 0327662
Signature of Attorney or Litigant
Counsel for GFI Chicago, Inc. f/k/a Great Flooring, Inc.
DiMonte and Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
(847) 698-9600 Fax:(847) 698-9623
abrustein@dimontelaw.com